UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  **CV 23-9143-MWF** | Date: October 2, 2024 |
| Title  ***In Re Allana Baroni*** | |

Present: The Honorable:  MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER VACATING STATUS CONFERENCE [8]; ORDER TO SHOW CAUSE**

The Notice of Appeal (the "NoA") was filed on October 30, 2023. (Docket No. 1). On September 30, 2024, the Court set a Zoom Status Conference on October 9, 2024, at 10:00 a.m. (Order, Docket No. 8).

On October 1, 2024, Trustee and Appellee David Seror filed a Status Conference Statement (the "Statement"). (Docket No. 9). The Court has reviewed the Statement.

The Court **VACATES** the Zoom Status Conference on October 9, 2024, at 10:00 a.m.

The Court further **ORDERS** Appellant Allana Baroni to **SHOW CAUSE**, in writing, why this appeal should not be dismissed as moot or, alternatively, for lack of prosecution. Appellant's response to this Order to Show Cause shall be filed **no later than OCTOBER 15, 2024**.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-9143-MWF**                                              Date: October 2, 2024

Title       ***In Re Allana Baroni***

timely respond to the Order to Show Cause will result in the dismissal of this appeal.

    IT IS SO ORDERED.