UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

Case No.   **CV 23-9143-MWF**                                                              Date: October 16, 2024

Title        ***In Re Allana Baroni, Debtor***

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER DISMISSING ACTION WITHOUT PREJUDICE**

This action commenced with a Notice of Appeal filed October 30, 2023. On September 30, 2024, the Court set a Zoom Status Conference. (Docket No. 8). On October 1, 2024, Appellee David Seror filed a Status Conference Statement. (Docket No. 9). Upon receipt of the Status Conference Statement, the Court filed an Order Vacating Status Conference; Order to Show Cause (the "OSC"). (Docket No. 10).

On October 15, 2024, a Response to Court's Order to Show Cause (the "OSC Response") was filed by Richard L. Antognini, Esq., as attorney for "Appellant James Baroni." (Docket No. 11). The only Debtor/Appellant in this action is Allana Baroni; James Baroni is not a party. In the OSC Response, counsel for James Baroni "agrees that the appeal has become moot and should be dismissed" without prejudice.

Based on the status of this matter, the Appellee's Status Conference Statement and the OSC Response, the Court now DISMISSES this appeal without prejudice.

IT IS SO ORDERED.